

**Shapiro, DiCaro & Barak, LLC**
Attorneys at Law

One Huntington Quadrangle, Suite 3N05
Melville, New York 11747
Tel: (631) 844-9611 • Fax: (631) 844-9525

**Partners:**
Gerald M. Shapiro (admitted in FL, IL)
David S. Kreisman (admitted in IL)

**Managing Partners:**
John A. DiCaro (NY)
Shari S. Barak (NY)

September 24, 2020

Honorable Nancy Hershey Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

RE:   Flora Magid aka Flora Kachko
      Chapter 13
      Case Number:  1-20-40356-NHL
      SD&B File Number:  14-038310

Dear Judge Lord:

This loss mitigation status letter is submitted on behalf of JPMorgan Chase Bank, N.A. for JPMorgan Chase Bank, National Association, a secured creditor of the above referenced Debtors.

On February 23, 2020 an order was entered for our client to participate in loss mitigation with the Debtor. On March 5, 2020 a financial package was mailed to the Debtor and Debtor's attorney. Our client has confirmed that a decision letter dated April 7, 2020 was sent to the debtor's attorney. Our client has offered a final modification. The modification was signed by all parties and our office is preparing to file a Motion to Allow the Loan Modification.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,


/s/Shari Barak
Shari Barak

**Additional Office Location:**
175 Mile Crossing Boulevard, Rochester, New York 14624 | Tel: (585) 247-9000 | Fax: (585) 247-7380

www.LOGS.com/shapiro_dicaro_barak